FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
OCT 09 2024
TAMMY R. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:24CR ООІ87 KGB |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1); (b)(1)(A); (b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| ANTONIO STEPPS | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about January 29, 2024, in the Eastern District of Arkansas, the defendant,

ANTONIO STEPPS,

knowingly and intentionally possessed with intent to distribute 50 grams of methamphetamine

(actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A).

### COUNT 2

On or about January 29, 2024, in the Eastern District of Arkansas, the defendant,

ANTONIO STEPPS,

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about January 29, 2024, in the Eastern District of Arkansas, the defendant,

ANTONIO STEPPS,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about February 14, 2024, in the Eastern District of Arkansas, the defendant,

### ANTONIO STEPPS,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about February 14, 2024, in the Eastern District of Arkansas, the defendant,

### ANTONIO STEPPS,

knowing and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

A.     On or about February 14, 2024, the defendant,

### ANTONIO STEPPS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses qualifying under 18 U.S.C. Section 924(e)(2) that were committed on occasions different from one another:

      1.     Manufacture Delivery or Possession of a Controlled Substance, in Jefferson County, Arkansas, Court in Case Number 35CR-02-667;

U.S. v. Antonio Stepps Page **2** of **5**

2.      Theft by Receiving, in Lonoke County, Arkansas, Court in Case Number 43CR-03-20;

3.      Manufacture Delivery or Possession of a Controlled Substance, in Jefferson County, Arkansas, Court in Case Number 35CR-04-281;

4.      Possession of a Schedule I/II Controlled Substance and Possession of Drug Paraphernalia, in Lonoke County, Arkansas, Court in Case Number 43CR-16-382; and

5.      Two counts of Possession with Purpose to Deliver Meth, Cocaine or Heroin, Possession of Drug Paraphernalia and Possession of a Schedule I or II Controlled Substance in Lonoke County, Arkansas, Court in Case Number 43CR-18-606.

B.     On or about February 14, 2024, in the Eastern District of Arkansas, the defendant,

ANTONIO STEPPS,

knowingly possessed, in and affecting commerce, one of more of the following firearms:

1. a RG, model 31, .32 caliber handgun, bearing serial number Q186281;

2. a Ruger, model SR, .40 caliber pistol, bearing serial number 34520102;

3. a Mossberg, model 500, 12-gauge, bearing serial number L248511;

4. a Smith & Wesson, M & P Shield, 9 mm pistol, bearing serial number JEU7519; and

5. a Helwan, 9mm pistol bearing serial number 1068687.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(e).

## COUNT 7

On or about February 14, 2024, in the Eastern District of Arkansas, the defendant,

ANTONIO STEPPS,

knowingly and intentionally possessed at least one of the following firearms, that is a RG, model 31, .32 caliber handgun, bearing serial number Q186281, a Ruger, model SR, .40 caliber pistol, bearing serial number 34520102, a Mossberg, 500, 12-gauge shotgun, bearing serial number L248511, a Smith & Wesson, M & P Shield, 9 mm pistol, bearing serial number JEU7519, and a Helwan, 9mm pistol bearing serial number 1068687, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section and 841(a)(1), as set forth in Counts 4 and 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, 4, or 5 of this Indictment, the defendant, ANTONIO STEPPS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, 4, or 5 of this Indictment, the defendant, ANTONIO STEPPS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, 5, 6, or 7 of this Indictment, the defendant, ANTONIO STEPPS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

U.S. v. Antonio Stepps Page **4** of **5**

☐    NO TRUE BILL.



☑    TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

BY KATIE HINOJOSA
Bar No. 2014159
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2666
Katie.hinojosa@usdoj.gov

U.S. v. Antonio Stepps Page **5** of **5**