**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGE**: Kristine G. Baker |
| Plaintiff | **REPORTERS**: Valarie Flora and Graham Higdon |
| Attorneys: AUSAs Edward Walker and Jordan Crews | **CRD**: Tracy M. Washington |
| | **DATE**: February 9-11, 2026 |

v.                                   **Case No. 4:24-cr-00187 KGB**

**ANTONIO STEPPS**
Defendant
Attorney: David Cannon

## MINUTES – JURY TRIAL

| TIME | DAY 1, Monday, February 9, 2026 (Court Reporters: Valarie Flora and Graham Higdon) |
|---|---|
| 9:37 | Pretrial conference begins; The Court takes up stipulations, voir dire questions for the Court to ask potential jurors, and other pretrial matters; The parties invoke Federal Rule 615 A and B; Defendant's motion in limine re defendant's prior convictions given the stipulation of the parties granted in open court; Defendant does not waive presence of bench conferences; |
| 10:16 | Recess; |
| 10:25 | Court back in session; The Court takes up proposed witnesses; an iPad will be provided to the defendant for bench conferences; Government's Exhibit 1 will be redacted and a limited instruction re same will be given; |
| 10:32 | Recess; |
| 10:46 | Court back in session; Jury panel enters courtroom; |
| 10:49 | The Court gives preliminary instructions |
| 10:55 | 32 names called; |
| 11:00 | The Court begins voir dire; |
| 12:19 | Jurors dismissed for break; |
| 12:20 | Court in session outside the presence of the jury panel; |
| 12:22 | Recess; |
| 12:35 | Court in session outside the presence of the jury panel |
| 12:36 | Jury panel returns to courtroom |
| 12:37 | The Court continues with voir dire; |
| 2:03 | Jury panel dismissed for break; |
| 2:04 | Court in session outside the jury panel |
| 2:06 | Recess |
| 2:20 | Court in session outside the presence of the jury panel; |
| 2:22 | Jury panel returns to courtroom; |
| 2:23 | The Court continues with voir dire; |

| | |
|---|---|
| 2:28 | The government begins voir dire; |
| 2:38 | Defense begins voir dire; |
| 2:43 | Jury dismissed for peremptory strikes; |
| 2:44 | Court in session outside the presence of the jury; |
| 2:46 | Recess; |
| 3:09 | Court back in session outside the presence of the jury; |
| 3:09 | Jury panel returns to courtroom |
| 3:10 | 12 jurors and two alternates seated and sworn |
| 3:13 | Remaining potential jurors dismissed from further service |
| 3:14 | Court in session in the presence of the jury; |
| 3:16 | Jury dismissed for lunch break; |
| 3:19 | Recess; |
| 4:20 | Court in session outside the presence of the jury; |
| 4:22 | Jury returns to the box; |
| 4:22 | The Court gives preliminary instructions; |
| 4:41 | The government begins opening statements; |
| 4:49 | Defense counsel begins opening statements; |
| 4:51 | The Court reads stipulations to the jury; |
| 5:00 | The government calls name no. 1 as Government Witness No. 1; Direct examination by Jordan Crews begins; Government's Exhibit 1 admitted; |
| 5:07 | The Court reads stipulation to the jury; |
| 5:08 | The government continues with direct examination; |
| 5:22 | Jury dismissed for the day to return on 02/10/2026 at 9:00 am; |
| 5:22 | Court in session outside the presence of the jury; |
| 5:27 | Court in recess; |
| **TIME** | ***DAY 2, Tuesday, February 10, 2026 (Court Reporters: Valarie Flora and Graham Higdon)*** |
| 8:53 | Court in session outside the presence of the jury; The Court takes up issue with second alternate; |
| 8:57 | Recess; |
| 9:03 | Court in session outside the presence of the jury; |
| 9:06 | Jury returned to jury box; |
| 9:07 | Direct examination of Government's Witness No. 1 continues; |
| 9:09 | Direct examination concludes; Cross examination begins; |
| 9:15 | Cross examination concludes; Redirect examination begins; |
| 9:21 | Redirect examination concludes; No recross; Witness excused but remains under the rule; |
| 9:22 | The government calls name no. 2 as Government Witness #2; |
| 9:23 | Direct examination by Edward Walker begins; Government's Exhibit 7 admitted; |
| 9:39 | Jury dismissed for short break; |
| 9:39 | Court in session outside the presence of the jury; |
| 9:42 | Recess; |
| 9:48 | Court in session outside the presence of the jury; |
| 9:50 | Jury returned to jury box; |
| 9:51 | Direct examination of Government's Witness No. 2 continues; Government's Exhibits 8, 9, 10, 12, 13, 14, and 15 admitted; |

| 10:09 | Direct examination concludes; Cross examination begins; |
|---|---|
| 10:12 | Jury dismissed for morning break; |
| 10:13 | Court in session outside the presence of the jury; |
| 10:13 | Recess; |
| 10:35 | Court in session outside the presence of the jury; The Court takes up the Defendant's proposed exhibit; |
| 10:45 | Jury returned to jury box; |
| 10:46 | Cross examination continues; |
| 11:11 | Cross examination concludes; Redirect examination begins; |
| 11:14 | Redirect examination concludes; Recross examination begins; |
| 11:19 | Recross examination concludes; Redirect examination begins; Recross begins; |
| 11:21 | Recross examination concludes; Witness excused but remains under the rule; |
| 11:22 | The government calls name no. 3 as Government Witness No. 3; |
| 11:23 | Direct examination by Edward Walker begins; Government's Exhibits 16, 29, 30, 31, 17, 18, 19, 20, 21, 22, and 23 admitted; |
| 11:55 | Direct examination concludes; Cross examination begins; |
| 12:05 | Jury dismissed for lunch break; |
| 12:06 | Court in session outside the presence of the jury; The Court takes up witness testimony and defendant's potential exhibit; |
| 12:14 | Recess; |
| 12:58 | Court back in session outside the presence of the jury; The Court continues to take up witness testimony |
| 1:15 | Recess; |
| 1:51 | Court back in session outside the presence of the jury; |
| 2:05 | Recess; |
| 2:20 | Court in session outside the presence of the jury; The defendant moved for dismissal of the indictment; |
| 2:21 | Recess; |
| 3:24 | Court back in session outside the presence of the jury; The Court rules on defendant's oral motion to dismiss in open court |
| 3:40 | Recess; |
| 3:41 | Court in session outside the presence of the jury; |
| 3:47 | Jury returned to jury box to be dismissed for the day; |
| 3:50 | Jury dismissed for the day to return on 02/11/2026 at 9:30 am |
| 3:50 | Court in session outside the presence of the jury; |
| 3:54 | Recess; |
| **TIME** | ***DAY 3, Wednesday, February 11, 2026 (Court Reporter: Graham Higdon)*** |
| 8:44 | Court in session outside the presence of the jury; The Court takes up issues raised as a result of Witness No. 3's testimony; |
| 8:55 | Recess; |
| 9:15 | Court back in session outside the presence of the jury; The Court continues to take up testimony issues; |
| 9:25 | Recess; |
| 9:45 | Court in session outside the presence of the jury; The Court denies defendant's oral motion to dismiss and motion to strike testimony of Government Witnesses 1 and 2; |
| 10:12 | Recess; |

| 10:36 | Court in session outside the presence of the jury; The Court will declare a mistrial; |
|---|---|
| 10:44 | Recess; |
| 11:00 | Court back in session; The defense motion for sanctions and fees taken under advisement; |
| 11:02 | Jury returned to jury box; |
| 11:03 | Jury dismissed from further service; |
| 11:04 | Court in session outside the presence of the jury; Court will convene at 2:00 pm for a detention hearing; |
| 11:05 | Court adjourned. |