Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

FEB 1 1 2026

EASTERN          DISTRICT OF          ARKANSAS

TAMMY H. DOWNS, CLERK
By:

DEP CLERK

United States

V.

ANTONIO STEPPS

## EXHIBIT AND WITNESS LIST

Case Number:  4:24CR00187 KGB

| PRESIDING JUDGE Kristine G. Baker | | | | | PLAINTIFF'S ATTORNEY Edward Walker/Jordan Crews | DEFENDANT'S ATTORNEY David R. Cannon |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 2/9/2026-2/11/2026 | | | | | COURT REPORTER | COURTROOM DEPUTY Tracy Washington |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 2/9/26 | ✓ | ✓ | Parole Waiver Revocation Packet (A. Stepps) | |
| 2 | | | | | Judgment and Commitment Order for case number 35CR-02-667 | |
| 2a | | | | | Charging Sheet for case number 35CR-02-667 | |
| 3 | | | | | Judgment and Commitment Order for case number 43CR-03-20 | |
| 3a | | | | | Charging Sheet for case number 43CR-03-20 | |
| 4 | | | | | Judgment and Commitment Order for case number 35CR-04-281 | |
| 4a | | | | | Charging Sheet for case number 35CR-04-281 | |
| 5 | | | | | Judgment and Commitment Order for case number 43CR-16-382 | |
| 5a | | | | | Charging Sheet for case number 43CR-16-382 | |
| 6 | | | | | Judgment and Commitment Order for case number 43CR-18-606 | |
| 6a | | | | | Charging Sheet for case number 43CR-18-606 | |
| 7 | | 2/10/26 | ✓ | ✓ | North Little Rock Police Department traffic citation for Driving on Suspended License | |
| 8 | | 2/10/26 | ✓ | ✓ | Photo of Crown Royal bag (E-1) under driver's seat | |
| 9 | | 2/10/26 | ✓ | ✓ | Photo with suspected marijuana (E-1C) and fentanyl pills (E-1F) placed on driver's seat | |
| 10 | | 2/10/26 | ✓ | ✓ | Photo of baggie containing suspected cocaine (E-1B) found in driver's side door | |
| 11 | | 2/10/26 | ✓ | ✓ | Photo of digital scale (E-1H) found in driver's side door | |
| 12 | | 2/10/26 | ✓ | ✓ | Photo of baggie containing suspect cocaine in driver's side door (E-5) | |
| 13 | | 2/10/26 | ✓ | ✓ | Photo of Homeline fold-top sandwich bags (E-6) | |
| 14 | | 2/10/26 | ✓ | ✓ | Close up photo of methamphetamine (E-1D) found in Crown Royal bag | |
| 15 | | 2/10/26 | ✓ | ✓ | Photo of marijuana, cocaine, methamphetamine, fentanyl, scale, baggies, gummies on table at D.O | |
| 16 | | 2/10/26 | ✓ | ✓ | Photo of marijuana, cocaine, meth, fentanyl, scale, baggies, gummies on table (NLRPD logged pac | |
| 17 | | 2/10/26 | ✓ | ✓ | Photo of 29 gross grams of cocaine (E-1A) on scale | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Antonio Stepps | CASE NO. 4:24CR00187 KGB |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 2/10/26 | ✓ | ✓ | Photo of 23.9 gross grams of suspected cocaine (E-1B) on scale |
| 19 | | 2/10/26 | ✓ | ✓ | Close up photo of digital scale (E-1H) |
| 20 | | 2/10/26 | ✓ | ✓ | Photo of 30 blue pills (E-1F) on scale |
| 21 | | 2/10/26 | ✓ | ✓ | Closeup photo of 30 blue pills |
| 22 | | 2/10/26 | ✓ | ✓ | Photo of E-1D on scales (149.1 gross grams) |
| 23 | | 2/10/26 | ✓ | ✓ | Photo of Methamphetamine from Crown Royal bag-content in two bags (E-1D1 & E-1D2) |
| 24 | | | | | Photo of Cocaine from Crown Royal bag-contents (E-1A, E-1B & E5) |
| 25 | | | | | Photo of Fentanyl (See EX 26) |
| 26 | | | | | 30 pills equalling 3.3 grams of Fentanyl (E-1F) |
| 27 | | | | | 143.4 grams of Methamphetamine (E-1D1 & E-1D2) with LIMS #2024-SFL6-06615 |
| 28 | | | | | 26.8 grams of Cocaine (E-1A) |
| 29 | | 2/10/26 | ✓ | ✓ | Property Evidence Record Agency #2024-7249 |
| 30 | | 2/10/26 | ✓ | ✓ | ASCL Submission Form |
| 31 | | 2/10/26 | ✓ | ✓ | ASCL addendum (NLRPD Agency #2024-7249) (Lab Report #2024-2252) |
| 32 | | | | | Arkansas State Crime Lab Report of Analysis (Laboratory Case Number 2024-2252) |
| 33 | | | | | DEA Lab results for Methamphetamine Actual (143.40g) (LIMS Number 2024-SFL6-06615) |
| 34 | | | | | Smith and Wesson M&P Shield pistol, s/n JEU751 (E3) |
| 34a | | | | | Photo of Smith and Wesson M&P Shield pistol, s/n JEU751 |
| 35 | | | | | RG Model 31,.32 caliber pistol, s/n Q186281 (E2) |
| 35a | | | | | Photo of RG Model 31,.32 caliber pistol, s/n Q186281 |
| 36 | | | | | Helwan 9mm pistol, s/n 1068687 (E4) |
| 36a | | | | | Photo of Helwan 9mm pistol, s/n 1068687 |
| 37 | | | | | Mossberg 500, .12 guage shotgun, s/n L248511 (E15) |
| 37a | | | | | Close up photo of Mossberg 500, .12 guage shotgun, s/n L248511 |
| 38 | | | | | Ruger SRC40C, .40 caliber pistol, s/n 345-30102 (E16) |
| 38a | | | | | Photo of Ruger SRC40C, .40 caliber pistol, s/n 345-30102 |
| 39 | | | | | Photo of bedside drawer where money, scales, drugs, baggies, ammo, and money counter were di |

Page __2__ of __3__ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | | | | vs. | ANTONIO STEPPS | CASE NO. 4:24CR00187 KGB |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 40 | | | | | Photo of bedside drawer with one stack of money |
| 41 | | | | | Photo of bedside drawer with three stacks of money |
| 42 | | | | | Photo of box of baggies with one stack of money |
| 43 | | | | | Photo of coat with money in both pockets |
| 44 | | | | | Photo of money collected before searching under bed |
| 45 | | | | | Photo of all items collected by ACC on bed |
| 46 | | | | | Close up photo of handguns on bed |
| 47 | | | | | Close up photo of E-5 and E-14 on bed with scales |
| 48 | | | | | Photo of safe under bed opened with stacks of money |
| 49 | | | | | 126.2 grams of Cocaine (E14) (See EX 55) |
| 50 | | | | | 36.5 grams of Meth (E17) (See EX 54) |
| 51 | | | | | Photo of Crown Royal bag in cabinet |
| 52 | | | | | Photo of Crown Royal bag in kitchen depicting Meth (E-17) |
| 53 | | | | | Overview at DTF office |
| 54 | | | | | Photo of Methamphetamine (E-17) |
| 55 | | | | | Photo of Cocaine (E-14) |
| 56 | | | | | Photo of white powder (E-18) |
| 57 | | | | | Photo of (E-21) white powder - cocaine |
| 58 | | | | | Photo of three bags of white powder (E-5) |
| 59 | | | | | Photo of three baggies of white rock substance (E-20) |
| 60 | | | | | Tri-County DTF Submission Form #24-01242 |
| 61 | | | | | Tri County DTF Evidence Collection Form #24-01242 |
| 62 | | | | | Arkansas State Crime Lab Report of Laboratory Analysis Lap Report Case #2024-5128 |
| 63 | | | | | Arkansas State Crime Lab Report of Laboratory Analysis Lab Report Supplemental Report |
| 64 | | | | | ATF Expert Nexus Report |
| 65 | | | | | Stipulation-Felon Status |
| 66 | | | | | Stipulation-Controlled Substance Weight |