**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                              **Case No. 4:24-cr-00187 KGB**

**ANTONIO STEPPS**                                             **DEFENDANT**

## DECLARATION OF MISTRIAL

On February 11, 2026, the Court began day three of a jury trial against defendant Antonio Stepps.  The government was represented by Assistant United States Attorneys Edward Walker and Jordan Crews.  Stepps appeared with his counsel David Cannon.  Trial began on February 9, 2026, before twelve jurors and two alternates.  Trial continued on February 10, 2026, before twelve jurors and one alternate, with the other alternate having been excused prior to the start of proof that day.  At the conclusion of a witness's testimony on February 10, 2026, and after arguments from counsel on February 10, 2026, and February 11, 2026, the Court declared a mistrial.

It is so ordered this 11th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge