**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:24-cr-00187 KGB**

**ANTONIO STEPPS**                                                             **DEFENDANT**

## ORDER

Before the Court is the United States' oral motion to dismiss indictment with prejudice now pending against defendant Antonio Stepps.  The Court grants the United States' oral motion to dismiss indictment with prejudice, and the Court dismisses the indictment with prejudice now pending against Stepps (Dkt. No. 1).

It is so ordered this 11th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge